GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Carin.Duryee@usdoj.gov
Attorneys for Plaintiff

FILED

2023 OCT 25 AM 2: 07

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01636 TUC-RCC(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | |
| vs. | Violations:<br>18 U.S.C. § 2261A(2)(B) and (b)<br>(Cyberstalking)<br>Count 1 |
| Jose Castillo Hernandez, | 18 U.S.C. § 875(c)<br>(Interstate Threats) |
| Defendant. | Counts 2 and 3 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On and before March 2, 2019 and continuing to on or about December 2, 2021, in the District of Arizona and elsewhere, JOSE CASTILLO HERNANDEZ, with the intent to injure, harass, and intimidate another person, did use an interactive computer service, an electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to S.L.

All in violation of 18 United States Code Sections 2261A(2)(B) and 2261(b)(5).

## COUNT 2

On or about August 7, 2019, in the District of Arizona and elsewhere, JOSE CASTILLO HERNANDEZ, did knowingly transmit in interstate commerce a knowing, willful, and reckless threat to injure the person of another: to wit, by making threats by email messages threatening to harm, torture and kill S.L.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or about September 8, 2019, in the District of Arizona and elsewhere, JOSE CASTILLO HERNANDEZ, did knowingly transmit in interstate commerce a knowing, willful, and reckless threat to injure the person of another: to wit, by making threats by email messages threatening to harm, torture and kill S.L.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*/S/*

FOREPERSON OF THE GRAND JURY
Dated: 10/25/2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*/S/*

CARIN C. DURYEE
Assistant U.S. Attorney